FILED

05/21/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0011

### IN THE SUPREME COURT OF THE STATE OF MONTANA

IN THE MATTER OF THE
CONSERVATORSHIP OF

H.D.K.,

A Protected Person.

Cause No. DA-21-0011

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S RESPONSE BRIEF**

Having read Appellee S.H.'s Unopposed Motion for Extension of Time, finding no objection and good cause appearing, it is hereby ordered Appellee S.H. is granted a thirty-day extension to file her response brief calculated from May 26, 2021.

Signed this _____ day of May, 2021.

_____
Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 21 2021